No. 468.   KAGARISE v. RAILROAD COMMISSION OF CALIFORNIA ET AL.   Motion submitted October 27, 1934.   Decided November 5, 1934.   *Per Curiam:* The motion of appellee to dismiss the appeal herein is granted, and the appeal is dismissed upon the ground that it does not appear that the decision of a federal question was necessary to the determination of the cause or was actually determined.   *Lynch* v. *New York ex rel. Pierson, ante,* p. 52.   *Messrs. Warren E. Libby* and *William A. Sherwin* for appellant.   *Mr. Ira H. Rowell* for appellees.

No. 477.   BARWISE ET AL., TRUSTEES, v. SHEPPARD, COMPTROLLER OF TEXAS, ET AL.

Jurisdictional statement submitted October 27, 1934.   Decided November 5, 1934.   *Per Curiam:* Decree affirmed.   *Healy* v. *Ratta,* 292 U. S. 263.   *Mr. William R. Watkins* for appellants.   *Mr. James V. Allred* for appellees.

No. —, original.   EX PARTE JONES.   November 5, 1934. Motion for leave to file petition for writ of mandamus denied.   *Miss Charlotte Jones, pro se.*

No. —, original.   EX PARTE PORESKY.   November 5, 1934.   Motion for leave to file petition for writ of mandamus denied.   *Mr. Joseph Poresky, pro se.*

No. —, original.   EX PARTE HARRELL.   November 5, 1934.   Motion for leave to file petition for writ of mandamus denied.   *Mr. George B. Harrell, pro se.*